UNITED STATES DISTRICT COURT
                                            SOUTHERN DISTRICT OF FLORIDA

                                            CASE NO. 10-24670-CIV-JORDAN
                                            MAGISTRATE JUDGE P.A. WHITE

**BRIAN LEE WILSON,**                 :

      Petitioner,               :

v.                                        :        <u>REPORT OF</u>
                                            <u>MAGISTRATE JUDGE</u>
**FLORIDA DEPT. OF CORRECTIONS,**
**et al.,**

      Respondent.              :
_____

     The <u>pro-se</u> petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 on December 30, 2010. Review of the petition seemed to indicate that the petitioner's criminal proceedings were ongoing, and that he had not been convicted.[1] The petitioner was ordered to file an amended petition on the form provided to him. The petitioner filed an amended petition on January 27, 2011, which was identical to his previously filed petition. He was ordered to file a second amended petition on or before March 10, 2011. Review of the Court's docket indicates that mail sent to the petitioner at the Miami Pre-Trial Detention Center, his address of record, was returned to the Court as undeliverable. The petitioner has filed nothing further in this case.

     The petitioner has failed to notify the Court of his present address, despite an Order of instructions informing him that he was to file all changes of address with the Court. It appears he is no longer litigating this case.

---

    [1]If this was the case, the petitioner incorrectly filed his pleading pursuant to §2254, which is a vehicle used solely to attack convictions already entered.

It is therefore recommended that this petition be dismissed without prejudice for lack of prosecution.

Objections to this Report may be filed with the District Judge within fourteen days following receipt.

Dated at Miami, Florida this 13th day of April, 2011.

                                      UNITED STATES MAGISTRATE JUDGE

cc:   Brian Lee Wilson, <u>Pro Se</u>
      Pre-Trial Detention Center - Miami
      (Last known Address of Record)

      Richard Polin, AAG
      Attorney of record