UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-24670-CIV-JORDAN

| | |
|---|---|
| BRIAN LEE WILSON ) | |
| ) | |
| Petitioner ) | **CLOSED** |
| ) | **CIVIL** |
| vs. ) | **CASE** |
| ) | |
| EDWIN BUSS, Secretary of Florida Dept. ) | |
| of Corrections ) | |
| ) | |
| Respondent ) | |

### ORDER DISMISSING HABEAS CORPUS PETITION WITHOUT PREJUDICE & CLOSING CASE

Following a de novo review of the record, I adopt the report and recommendation issued by Magistrate Judge White [D.E. 12], to which no objections have been filed. Accordingly, the habeas corpus petition is dismissed without prejudice for lack of prosecution.[1]

This case is closed.

Done and ordered in chambers at Miami, Florida, this 5th day of May, 2011.

_____
Adalberto Jordan
United States District Judge

Copies to Magistrate Judge White, counsel of record, and Brian Lee Wilson, pro se, # 090100179, Pre-Trial Detention Center, Cell 4-B-2, 1321 N.W. 13th Street, Miami, Florida 33125 (last address of record).

---

[1] A search of the website for the Florida Department of Corrections did not list anyone in custody by the name of Brian Lee Wilson. It therefore appears that Mr. Wilson is no longer in custody.